Walter A. Romney (7975)
CLYDE SNOW & SESSIONS
201 South Main Street, Suite 2200
Salt Lake City, UT 84111
Telephone/Facsimile: (801) 433-2456
WAR@ClydeSnow.com

*Attorneys for Defendants / Counterclaimant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ROUTE APP, INC., <br><br> Plaintiff, <br> vs. <br><br> STEFAN ALEXIEV, RAW JUICERY, and GOWELL MARKET LLC d/b/a www.ShipAid.com, <br><br> Defendants, | **MOTION FOR ENTRY OF DEFAULT ON GOWELL MARKET LLC d/b/a/ SHIPAID'S COUNTERCLAIM AGAINST ROUTE APP** |
| GOWELL MARKET LLC (d/b/a "ShipAid"), <br><br> Counterclaimant, <br> vs. <br><br> ROUTE APP, INC., <br><br> Counterdefendant. | Civil No. 2:23-cv-00022-JCB <br><br> Magistrate Judge Jared C. Bennett |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and DUCivR 55-1(a), Counterclaimant GoWell Market LLC d/b/a ShipAid ("Counterclaimant"), moves the Court for entry of default against Route App, Inc. ("Route"), on Counterclaimant's Counterclaim.

## STATEMENT OF FACTS

1. Route filed its Amended Complaint on May 15, 2023 [Dkt. 15];

2. Counterclaimant filed its Verified Joint Answer to Amended Complaint and Counterclaim on June 16, 2023 [Dkt. 18] through the Court's ECF filing system;

3. Pursuant to Rule 12(a)(1)(B), Route's response to the Counterclaim was due July 7, 2023;

4. No Answer has been filed by Route.

WHEREFORE, ShipAid requests that the Court enter a Certificate of Default against Route on ShipAid's Counterclaim. A proposed Certificate of Default is filed herewith.

DATED this 19th day of July 2023.

CLYDE SNOW & SESSIONS

*/s/ Walter A. Romney*
Walter A. Romney
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I, Walter A. Romney, Jr., an attorney, certify that on July 19, 2023, I caused the foregoing document to be electronically filed in the CM/ECF system, and served, via email, on the following counsel:

Jess M. Krannich
Jonathan Collier
Rebecca Jayne Nelson
KIRKLAND & ELLIS
Jess.krannich@kirkland.com
Jon.collier@kirkland.com
Rebecca.nelson@kirkland.com

I further certify that a true and correct copy of the foregoing document was emailed to the following:

Troy Hutchinson
ROCK HUTCHINSON
thutchinson@rockhutchinson.com

/s/ Walter A. Romney, Jr.